NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**GOTO DENSHI CO., LTD.,**
*Appellant*

**v.**

**MITSUBISHI CABLE INDUSTRIES, LTD.,
MITSUBISHI CABLE AMERICA, INC.,**
*Appellees*

———————————

2017-1826

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01108.

———————————

**JUDGMENT**

———————————

TREVOR QUICK CODDINGTON, San Diego IP Law Group LLP, San Diego, CA, argued for appellant. Also represented by DAVID BECKWITH, JAMES V. FAZIO, III, CODY R. LEJEUNE.

ISRAEL SASHA MAYERGOYZ, Jones Day, Chicago, IL, argued for appellees. Also represented by SEAN CHRISTIAN PLATT, DOUGLAS CLARK, San Diego, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and STOLL, *Circuit Judges*).
**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 11, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court